UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-00398-RJC

| USA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JOAN ELLIOTT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se requesting reduction of her restitution payments, (Doc. No. 27), and the government's response in opposition, (Doc. No. 30).

The Court originally ordered the defendant to make monthly payments of $200 following her release from custody. (Doc. No. 23: Judgment at 6). The Court later allowed her term of supervised release to expire even though she still owed $398,857.44. (Doc. No. 26: Order). Pursuant to 18 U.S.C. § 3572(d)(3), the Court may adjust the payment schedule upon a showing of a material change in economic circumstances. Here, the defendant claims that her income is limited to Social Security benefits and that she has extreme medical bills, but she has not provided any supporting documentation. (Doc. No. 27 at 1). Therefore, the Court does not find good cause to alter the payment schedule.

**IT IS, THEREFORE, ORDERED**, that the defendant's request to reduce restitution payments, (Doc. No. 27), is **DENIED without prejudice**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge